**STATE of Missouri, Respondent,**

v.

**Richard R. RAWLINGS, Appellant.**

**No. WD 65074.**

Missouri Court of Appeals,
Western District.

May 23, 2006.

Jeffrey S. Eastman, Gladstone, MO, for appellant.

Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before BRECKENRIDGE, P.J., HOWARD and HOLLIGER, JJ.

### ORDER

PER CURIAM.

Richard R. Rawlings appeals the judgment of the trial court sentencing him as a persistent offender under section 577.023, RSMo Cum.Supp.2002. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 30.25(b).